UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR | ) | |
| ENVIRONMENTAL RESPONSIBILITY and | ) | |
| TENNESSEE CLEAN WATER NETWORK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.:  3:18-CV-13-TAV-HBG |
| | ) | |
| CLAY BRIGHT, in his official capacity as | ) | |
| COMMISSIONER OF THE TENNESSEE | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiffs' objection [Doc. 64] is **OVERRULED**. Furthermore, based on the findings of fact and conclusions of law stated in the memorandum opinion entered contemporaneously herewith, the Court **FINDS** in favor of defendant on all claims. Accordingly, the Court **DISMISSES** plaintiffs' claims and **DIRECTS** the Clerk of the Court to **CLOSE** this case.

IT IS SO ORDERED.


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT